EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br>Diego Ramírez Bigott | 2022 TSPR 119<br><br>210 DPR ___ |
|---|---|

Número del Caso:  TS-14,686

Fecha:  26 de septiembre de 2022

Abogado de la parte peticionaria:

   Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Diego Ramírez Bigott

TS- 14,686

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de septiembre de 2022.

Examinada la *Solicitud de reactivación a la práctica de la abogacía,* presentada por el Sr. Diego Ramírez Bigott, se provee ha lugar a su solicitud de readmisión al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al Lcdo. Diego Ramírez Bigott actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo